AO 450 (Rev.5/85) Judgment in a Civil Case

# United States District Court

District of Utah

Benvenuti Consulting,

    Plaintiff

v.

James Wolfgramm, *et al.*

    Defendants.

**JUDGMENT IN A CIVIL CASE**

Case Number: 2:19-cv-251

IT IS ORDERED AND ADJUDGED

That default judgment is entered in favor of Plaintiff and against Defendants James Wolfgramm and Bitex, LLC, jointly and severally, in the amount of $7,403,618.80.

February 2, 2021
*Date*

BY THE COURT:

_____
Howard C. Nielson, Jr.
United States District Judge